# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

MICHAEL HUGILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0544

—————————————————

May 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

Michael Hugill, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.